# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEBRA CANADY,

    Petitioner,

v.

TAMI JO AIKEN,

    Respondent.

Case No. C18-1005-JCC-MAT

ORDER GRANTING PETITIONER'S REQUEST TO STAY AND ABEY

This is a federal habeas action proceeding under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's request to stay and hold in abeyance her federal habeas petition pending exhaustion in the state courts of her claims for federal habeas relief. Respondent has filed a response to petitioner's request in which she indicates she does not oppose petitioner's request. Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's request to stay and abey her petition for writ of habeas corpus (Dkt. 4) is GRANTED.

(2) This action is STAYED pending completion of petitioner's state court collateral proceedings. Petitioner is directed to advise the Court within thirty days after issuance of the certificate of finality in her state court proceedings whether this federal habeas action is ready to

ORDER GRANTING PETITIONER'S
REQUEST TO STAY AND ABEY - 1

proceed. Once petitioner has advised the Court that the stay may be lifted, the Court will set a briefing schedule for the parties.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 17th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
REQUEST TO STAY AND ABEY - 2