UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA CANADY,

                Petitioner,

v.

TAMI JO AIKEN,

                Respondent.

Case No. C18-1005-JCC-MAT

ORDER TO SHOW CAUSE

This is a federal habeas action proceeding under 28 U.S.C. § 2254. On October 17, 2018, this Court issued an Order granting petitioner's request to stay and hold in abeyance her federal habeas petition pending exhaustion in the state courts of her claims for federal habeas relief. (Dkt. 14.) Petitioner was directed therein to advise the Court within thirty days after issuance of the certificate of finality in her state court proceedings whether this federal habeas action was ready to proceed. (*See id*.) A recent search of the Washington Courts website suggests that petitioner's personal restraint proceedings concluded in November 2018. *See In re Personal Restraint of Debra A. Canady*, Washington Court of Appeals Cause No. 78701-2-I.

Accordingly, the Court hereby ORDERS as follows:

(1) Petitioner shall SHOW CAUSE, not later than **thirty (30) days** from the date on

ORDER TO SHOW CAUSE
PAGE - 1

which this Order is signed, why the previously imposed stay should not be lifted. If petitioner fails to timely respond to this Order, the Court will lift the stay and establish a briefing schedule.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 21st day of March, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE - 2