THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA A. CANADY,

             Petitioner,

v.

TAMI JO AIKEN,

             Respondent.

CASE NO. C18-1005-JCC

ORDER

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 20). Petitioner filed a habeas action challenging her 2009 Snohomish County Superior Court judgment and sentence. (*See* Dkt. No. 4.) Judge Theiler recommends that the Court dismiss Petitioner's action as untimely under 28 U.S.C. § 2244(d). Petitioner has not filed objections to Judge Theiler's report and recommendation, and the Court agrees with Judge Theiler's analysis. Accordingly, the Court ORDERS that:

1. The report and recommendation (Dkt. No. 20) is ADOPTED;
2. Petitioner's petition for writ of habeas corpus (Dkt. No. 4) is DISMISSED with prejudice as untimely;
3. A certificate of appealability is DENIED; and
4. The Clerk is DIRECTED to send copies of this order to Petitioner, counsel for

ORDER
C18-1005-JCC
PAGE - 1

respondent, and Judge Theiler.

DATED this 23rd day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE